IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-00072-D

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE, INTERNATIONAL and UNITY RESOURCES GROUP, L.L.C.,<br><br>Defendants. | **ORDER** |

Upon Consent Motion made by all parties, it is hereby ORDERED that

1. If the Court denies Defendants' pending Motions to Dismiss for Lack of Subject Matter Jurisdiction, so that consideration of Unity's Motion to Dismiss for Lack of Personal Jurisdiction is necessary, then limited jurisdictional discovery, consistent with the D.C. Court's Memorandum and Order, shall commence five days after the Court resolves the pending motions regarding subject-matter jurisdiction, and shall be completed within 90 days ("jurisdictional discovery period").

2. If discovery relating to Unity's Motion to Dismiss for Lack of Personal Jurisdiction occurs, thereafter the parties shall file simultaneous briefs on Unity's Motion to Dismiss for Lack of Personal Jurisdiction within 20 days after the completion of jurisdictional discovery.

3. As a result of the agreement of Plaintiff to this schedule, Unity's Motion for Protective Order (D.E. # 54) is moot with respect to Plaintiff in this case. Unity's Motion for

Protective Order remains pending with respect to Plaintiff Jalal Askander Antranick, in the related case, *Antranick v. Research Triangle Institute, International,* No. 5:10-CV-00073-D.

4. The right of any party to object to or oppose any particular jurisdictional discovery on the ground that it is beyond the scope of jurisdictional discovery authorized in the Memorandum Opinion and Order or for any other appropriate reason pursuant to the Federal Rules of Civil Procedure or, for good cause, to seek adjustment to this schedule is preserved.

This the 28 day of June, 2010.

The Honorable James C. Dever, III