# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br>    Plaintiff, | |
| | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| | **CASE NO. 5:10-CV-72-D** |
| RESEARCH TRIANGLE INSTITUTE,<br>INTERNATIONAL, and UNITY<br>RESOURCES GROUP, L.L.C.,<br>    Defendants. | |
| AND | |
| JALAL ASKANDER ANTRANICK,<br>    Plaintiff, | |
| v. | **CASE NO. 5:10-CV-73-D** |
| RESEARCH TRIANGLE INSTITUTE,<br>INTERNATIONAL, and UNITY RESOURCES<br>GROUP, L.L.C.,<br>    Defendants. | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the court GRANTS RTI's and Unity's motions to dismiss for lack of subject-matter jurisdiction [D.E. 49, 55, 41, 48] and declines to exercise supplemental jurisdiction over the state-law claims. The court also DISMISSES Unity's motion for a protective order [D.E. 57] and all other pending motions [D.E. 15, 11, 13] as MOOT.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 12, 2010** WITH A COPY TO:

Janet Ward Black (via CM/ECF Notice of Electronic Filing)
Douglas P. Faucette (via CM/ECF Notice of Electronic Filing)
Clifton L. Brinson (via CM/ECF Notice of Electronic Filing)
Paul David Wolf (via CM/ECF Notice of Electronic Filing)


| August 12, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |